No. 71–445. TOBACCO WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* ROBINSON ET AL. C. A. 4th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JANUARY 10, 1972

No. 71–474. LYNCH, DBA BREWSTER PRODUCTS *v.* BLOUNT, POSTMASTER GENERAL, ET AL. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE DOUGLAS would note probable jurisdiction and set the case for oral argument.

No. 71–337. BROWN *v.* COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–463. KADANS *v.* COLLINS, CHIEF JUSTICE, SUPREME COURT OF NEVADA, ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would treat the appeal papers as a petition for writ of certiorari and grant the petition.

No. 71–569. CAROLYNE *v.* YOUNGSTOWN STATE UNIVERSITY ET AL. Appeal from Ct. App. Ohio, Mahoning County, dismissed for want of substantial federal question.